United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-40204-jmm
Marilyn Brimfield  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 02, 2023 | Form ID: pdfdat | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Marilyn Brimfield, 1800 Troy Avenue, Brooklyn, NY 11234-2030

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:**

**Name**    **Email Address**

Courtney R. Shed
    on behalf of Creditor Select Portfolio Servicing  Inc cwilliams@grosspolowy.com, ecfnotices@grosspolowy.com

Michael J. Macco
    ecfmacco@trustee13.com  jzarrilli@maccolaw.com;ecf@maccolaw.com;maccocr82572@notify.bestcase.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

**Fill in this information to identify the case:**

Debtor 1  Marilyn                                Brimfield
          First Name      Middle Name            Last Name

Debtor 2  _____
(Spouse, if filing) First Name  Middle Name      Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number (*If known*): 23-40204-jmm

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☐ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☑ The debtor(s) must pay the filing fee according to the following terms:

With the filing of the petition: $ _____

| You must pay… | On or before this date… |
|---|---|
| $ 84.50 | 02/24/2023 Month / day / year |
| $ 84.50 | 03/24/2023 Month / day / year |
| $ 84.50 | 04/24/2023 Month / day / year |
| + $ 84.50 | 05/23/2023 Month / day / year |

**Total Due**  $ 338

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Dated: February 2, 2023
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge